CJA

**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 9 2016

Caption:
United States
v.
Jose Luis Mejia

Docket No.: 05-CR-953
Richard M. Berman
(District Court Judge)

Notice is hereby given that Jose Luis Mejia appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ✔ Decision and Order (specify) entered in this action on July 21, 2016 (date).

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: November 19, 2007   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Harry H. Rimm |
| Counsel's Address: | Sullivan & Worcester LLP |
| | 1633 Broadway, New York, NY 10019 |
| Counsel's Phone: | (212) 660-3000 |
| Assistant U.S. Attorney: | Jilan Kamal |
| AUSA's Address: | United States Attorney's Office, One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2200 |

_Signature_ (Harry H. Rimm)