**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 1 2016

Caption:

United States v.

Jose Luis Mejia

Docket No.: 05-CR-953  #8

Richard M. Berman
(District Court Judge)

Notice is hereby given that **Jose Luis Mejia** appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] **Order** _____
(specify)

entered in this action on **August 1, 2016**.
(date)

This appeal concerns: Conviction only | __ |   Sentence only [✓] |   Conviction & Sentence | __ |   Other | __ |

Defendant found guilty by plea [✓] | trial | |   N/A | |

Offense occurred after November 1, 1987?  Yes [✓] |   No |   N/A |

Date of sentence: **November 19, 2007**   N/A | __ |

Bail/Jail Disposition: Committed [✓]   Not committed | |   N/A |

Appellant is represented by counsel? Yes [✓] | No | |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Harry H. Rimm |
| Counsel's Address: | Sullivan & Worcester LLP |
| | 1633 Broadway, New York, NY 10019 |
| Counsel's Phone: | (212) 660-3000 |
| Assistant U.S. Attorney: | Jilan Kamal |
| AUSA's Address: | United States Attorney's Office, One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2200 |

_____
Signature