Jose L. Mejia
#58136-054
ACCC.
P.O. Box-1600
Washington, Ms 39190

July 25, 2016

Case: No. 05 CR. 953 (RMB)

Clerk of The Court
United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/16

RE: United States V. Jose L. Mejia

To The Clerk of Court

Would you please provide me with a copy of my docket. Already I mailed a motion for modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Also I am asking to the court to advise me that, who was my appointed counsel about it.

I thank you in advance for and your attention and assistance in the above matter and I will be awaiting for you kind response.

Respectfully Submitted
Jose Mejia



RECEIVED
JUL 29 2016
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

-1-

Defense counsel to respond.

SO ORDERED:
Date: 8/4/16

Richard M. Berman, U.S.D.J.